ORRICK, HERRINGTON & SUTCLIFFE LLP
DIANA M. RUTOWSKI (STATE BAR NO. 233878)
drutowski@orrick.com
1000 Marsh Road
Menlo Park, CA 94025-1015
Telephone:     +1 650 614 7400
Facsimile:     +1 650 614 7401

MARK S. PUZELLA (*pro hac vice forthcoming*)
mpuzella@orrick.com
R. DAVID HOSP (*pro hac vice forthcoming*)
dhosp@orrick.com
SHERYL K. GARKO (*pro hac vice forthcoming*)
sgarko@orrick.com
RYAN LIND (*pro hac vice forthcoming*)
222 Berkeley Street
Boston, MA 02116
Telephone:     +1 617 880 1800
Facsimile:     +1 617 880 1801

*Additional counsel listed on signature page.*

Attorneys for Plaintiff
Autodesk, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AUTODESK, INC., a Delaware corporation, | Case No. 3:26-cv-01174 |
| Plaintiff, | **COMPLAINT FOR MONETARY AND INJUNCTIVE RELIEF** |
| v. | |
| GOOGLE LLC, a Delaware limited liability company, | **JURY TRIAL DEMANDED** |
| Defendant. | |

**INTRODUCTION**

1. This case concerns the intentional and deliberate infringement of Autodesk, Inc.'s ("Autodesk") trademark rights by Google LLC ("Google").

2. Plaintiff Autodesk is a leading computer software company that owns several distinctive FLOW-formative trademarks (the "Autodesk FLOW Marks" or "FLOW Marks") for use in connection with film, television, and video game production. The products at issue perform a wide variety of important tasks, including visual effects creation and processing, motion capture for digital effects, production scheduling, production review, and more.

3. Each product is branded FLOW. For example:



4. Autodesk's FLOW-branded products and capabilities are targeted at and used by customers of virtually every size from individual and independent creators to major motion picture and video game studios.

5. Autodesk's FLOW-branded video production software products incorporate numerous artificial intelligence ("AI")-enabled features. For example, FLOW STUDIO is an advanced cloud-based AI-supported 3D toolset that creates fully editable computer-generated video images without the need for complex setups.

6. Autodesk widely touts the AI functionality of its video production software products:

COMPLAINT



7.     Autodesk launched the FLOW brand during its annual "Autodesk University" conference in September 2022.  The first offering under the brand, Autodesk FLOW, is the company's industry cloud for media and entertainment.  The launch was widely reported in the mainstream and industry press.

8.     Autodesk FLOW builds on Autodesk's long-standing leadership in the media and entertainment space.  Autodesk won its first Oscar for technical innovation in 1999, and virtually every winner of the Best Visual Effects category has used Autodesk software for the past 25-plus years.  Blockbuster hits and technically innovative films such as *Titanic*, *The Matrix Trilogy*, *Avatar*, and *Dune*, and groundbreaking animated features such as *Monsters, Inc.*, *Shrek*, *Wall-E*, and *Spirited Away* have all used Autodesk software.

9.     Since 2022 Autodesk has invested significant effort and expense to exclusively associate its FLOW brand with Autodesk's decades-long reputation as the industry-defining provider of media and entertainment software, including by rebranding several existing products and features using the Autodesk FLOW Marks.

10.     Autodesk's FLOW-branded products have attained enormous commercial success.  They are used by virtually every major production studio and have been used in the development of some of the largest blockbuster films and most acclaimed television programs in recent years, including *Superman & Lois*, *Severance*, *The Lord of the Rings: The Rings of Power*, and Guillermo

COMPLAINT

del Toro's *Pinocchio*, as well as iconic video game franchises such as *Final Fantasy* and *Baldur's Gate*.

11.　　As described more fully below, Autodesk has continuously used its distinctive FLOW Marks in the marketplace and acquired significant goodwill in the marks, which are significant assets of the company.

12.　　Defendant Google, one of the world's most influential corporations, is a technology company with a large portfolio of products and services spanning a wide range of categories, including search, advertising, AI, cloud computing, software, and hardware.

13.　　Google operates an internal division called "Google Labs" that supports and promotes various experimental product initiatives.  In May 2025, Google Labs launched an AI-enabled video production software application that competes with Autodesk's products and targets the same consumers.  Incredibly, despite Autodesk's adoption and use of FLOW nearly three years earlier, Google chose the identical brand as Autodesk:[1]



14.　　In or around June 2025, Autodesk contacted Google to request that it cease using FLOW in connection with its video content production software application.  Google dismissed Autodesk's concerns out of hand.  Google stated that it did not intend to commercialize the term

---

[1] Google Flow, https://labs.google/flow/about (last visited Jan. 7, 2026).

COMPLAINT

1   FLOW, that to the extent the term was used at all, it would always combine its house mark with

2   FLOW (*i.e.*, GOOGLE FLOW), and claimed that the combination would avoid any confusion.[2]

3       15.    Autodesk recently learned that Google misrepresented its intentions concerning the

4   use of FLOW.  At the time Google made this statement and contemporaneous with its launch in

5   May 2025, Google had applied to register FLOW (standing alone) as a trademark in the Kingdom

6   of Tonga in the South Pacific, where applications are not generally available to the public.  Google

7   has since applied to register FLOW (standing alone) in the United States and elsewhere, citing back

8   to its Tonga application.  Upon information and belief, this registration scheme was designed to

9   conceal the falsity of its statements to Autodesk and to conceal its actual plans to use and

10  commercialize the term FLOW, standing alone, for products directly competitive with Autodesk's

11  FLOW products.

12      16.    Since its launch, the Google FLOW product has grown substantially.  Google has

13  added numerous features that further overlap with Autodesk's FLOW-branded products.  And in

14  January 2026, Google announced that since FLOW launched, its users have created more than a

15  billion videos with the application.[3]

16      17.    Upon information and belief, Google's false representation that it would always use

17  a combination of its house mark and FLOW was intended to buy time to allow it to swamp

18  Autodesk's place in the market.  Despite the success of Autodesk's FLOW products, the much

19  larger Google will likely overwhelm the Autodesk FLOW products and FLOW Marks.

20      18.    Actual confusion between the parties' products has already occurred.  For example,

21  at the recent Sundance Film Festival, Autodesk and Google each hosted industry panels centered

22  around their respective FLOW products. In conversation with an Autodesk senior executive, two

23  festival attendees separately expressed confusion due to Google's use of FLOW.  In addition, social

24  media users, magazines, and Google FLOW users have mistakenly referred to Google's product as

25  "Flow Studio," the name of one of Autodesk's FLOW-branded products.

26  _____

27  [2] Autodesk disagrees on the effect of Google's house mark: regardless of the presence or absence
    of its house mark, Google's use is likely to cause confusion and is infringing.

28  [3] FlowbyGoogle (@flowbygoogle), X (Jan. 27, 2026),
    https://x.com/FlowbyGoogle/status/2016296853239955794.

COMPLAINT

19.     As set forth more fully below, Google's use of FLOW is likely to cause consumer confusion, to the irreparable harm and detriment of Autodesk and the substantial goodwill it has developed in its FLOW Marks.  Google's use of FLOW (i) constitutes false designation of origin in violation of 15 U.S.C. § 1125(a); (ii) constitutes trademark infringement under California common law; and (iii) violates California's Unfair Competition law in violation of California Business and Professions Code §§ 17200 et seq.

20.     Given Autodesk's prominent use of its FLOW Marks, federal trademark applications, and Google's refusal to stop upon express notice, it appears that Google's infringement is willful.

21.     Google's conduct has and will irreparably harm Autodesk and its substantial goodwill in the Autodesk FLOW Marks.  It also has caused and will cause monetary harm in an amount to be determined at trial.

## THE PARTIES

22.     Plaintiff Autodesk is a corporation organized and existing under the laws of Delaware with a principal place of business at 1 Market Street, Suite 400, San Francisco, California 94105.

23.     Upon information and belief Google LLC is a limited liability company organized and existing under the laws of the state of Delaware with a principal place of business at 1600 Amphitheatre Parkway, Mountain View, California 94043.

## JURISDICTION

24.     Autodesk brings this action against Google under the Lanham Act, 15 U.S.C. § 1125(a) and California state law.

25.     This Court has subject matter jurisdiction over this action pursuant to 28 U.S.C. §§ 1331 and 1338, and 15 U.S.C. § 1121, as this is an action arising under the laws of the United States and relating to trademarks.  This Court has both original and supplemental jurisdiction over the related state law claims pursuant to 28 U.S.C. §§ 1338(b) and 1367, as those claims are so related to the Lanham Act claims that they form part of the same case or controversy as the federal claims herein.

COMPLAINT

26.    This Court has personal jurisdiction over Defendant because it operates from its principal place of business in California.

27.    Venue is proper in this District pursuant to 28 U.S.C. §1391(b) and (c) because this is the judicial district where Defendant resides and/or a substantial part of the events giving rise to the claims occurred.

## DIVISIONAL ASSIGNMENT

28.    Pursuant to Civil L.R. 3-2(c) and General Order 44, this action is assigned on a districtwide basis because it pertains to intellectual property rights.

## FACTS

### A.    Autodesk's Industry-Leading Video Production Software

29.    Founded in 1982, Autodesk is a global leader in 3D design, engineering and entertainment technology solutions, spanning architecture, engineering, construction, product design, manufacturing, media, and entertainment.  Autodesk's inaugural product, AutoCAD, was the first-of-its-kind "computer-aided design" software available on PCs and has revolutionized the way architects, industrial designers, and engineers deliver the best, most advanced products and services to their customers and clients ever since.

30.    Autodesk offers a wide range of software products and solutions specially tailored for users in three main industry sectors: Architecture, Engineering, Construction & Operations ("AECO"), Product Design & Manufacturing ("D&M"), and Media & Entertainment ("M&E").  Autodesk's solutions are used daily by professionals, students, and enthusiasts in the fields of engineering, product design, video game development, animation, visual effects, and filmmaking.

31.    Autodesk's Media and Entertainment solutions include the industry-leading Maya and 3ds Max products, which set the standard for creating 3D environments, characters, and effects.  These products are widely used by major motion picture studios and independent studios alike.  These products play a role in creating critically acclaimed and commercially successful films and television series.  Autodesk won its first Academy Award for technical innovation in 1999.  Over the last 25 plus years, Autodesk has won multiple Academy Awards and Emmys for technical innovation.  Moreover, virtually every winner of the Best Special Effects Academy Award has used

COMPLAINT

1    Autodesk software for the past 25-plus years. Autodesk software has contributed to blockbuster

2    hits and technically innovative films such as *Titanic*, *The Matrix Trilogy*, *Avatar*, and *Dune*, and

3    animated features such as *Monsters, Inc.*, *Shrek*, *Wall-E*, and *Spirited Away*.

4        32.    Besides being used by the largest production, animation, and effects studios in

5    Hollywood and beyond, Autodesk's solutions are used by freelance animators, independent

6    filmmakers, advertising boutiques, and content creators alike, and are taught in courses across

7    academic institutions and universities around the world.

8        **B.    Autodesk Launches the FLOW Brand**

9        33.    As Autodesk recognized the emerging importance of cloud-based and AI-integrated

10    products to customers looking to streamline, organize, and accelerate their media and entertainment

11    operations, Autodesk began an effort to reorganize and harmonize its products along these themes.

12    Autodesk selected the mark FLOW as the branding and organizing principle behind the change.

13        34.    After Autodesk first announced the FLOW brand in 2022, Autodesk's product

14    evolution was publicly launched at Autodesk University ("AU") 2023, Autodesk's annual "Design

15    & Make" conference and learning platform for professionals, journalists, educators, and enthusiasts

16    in all of the industries Autodesk serves. There, Autodesk announced the upcoming release of the

17    first of its FLOW products, the FLOW Platform: a transformative, industry-wide solution

18    connecting Autodesk's Media & Entertainment offerings to other Autodesk and non-Autodesk

19    products alike, enabling faster content creation across the media and entertainment production

20    pipeline.

21        35.    Autodesk adopted a deliberate and distinctive brand architecture that reflects the

22    shared purpose and integration between the FLOW-branded products by incorporating FLOW-

23    formative Marks in each of these offerings. From FLOW (standing alone) to marks that incorporate

24    Autodesk's house mark (*e.g.*, AUTODESK FLOW) and marks that refer to specific products, each

25    of the FLOW-branded products and solutions feature FLOW as a prominent or dominant feature of

26    their respective marks.

27        36.    AU 2023 was attended by over 12,000 in-person guests globally (including multiple

28    Google employees) and many more online.

COMPLAINT

C.    **Autodesk's FLOW-branded Products**

      i.    **The FLOW Platform**

37.    At the center of Autodesk's FLOW-branded ecosystem is the FLOW platform. Sometimes referred to as just FLOW, this cloud-based platform forms the foundation for the other Autodesk FLOW-branded offerings.

      ii.    **FLOW PRODUCTION TRACKING**

38.    Beginning in early 2024, and shortly after launching FLOW, Autodesk moved quickly to incorporate its existing production solutions into the FLOW platform and to rebrand those offerings under the FLOW Marks.

39.    FLOW PRODUCTION TRACKING was one of the first products to be rebranded using a FLOW-formative mark.    Formerly known as ShotGrid, FLOW PRODUCTION TRACKING is Autodesk's production management and review toolset for visual effects, animation, and games teams.

40.    FLOW PRODUCTION TRACKING incorporates AI-powered capabilities to more effectively and efficiently manage complex projects.

41.    Additionally, FLOW PRODUCTION TRACKING's review tools boost collaboration across teams by allowing media playback and review on the FLOW Platform.

      iii.    **FLOW CAPTURE**

42.    Likewise, Autodesk combined and rebranded two of its digital dailies and review tools—formerly known as Moxion and PIX—using the FLOW-formative mark FLOW CAPTURE, sometimes also called AUTODESK FLOW CAPTURE.

43.    FLOW CAPTURE is Autodesk's secure cloud-based digital dailies and review toolset.    FLOW CAPTURE allows seamless collaboration among and within production and postproduction teams by providing near instantaneous capture and delivery of on-set camera footage.

44.    FLOW CAPTURE's powerful toolset allows for real-time project editing across teams and locations and allows production teams to track, manage, store, and review project assets in one secure place.

45.     FLOW CAPTURE is built for studios of all sizes working in production, visual effects, gaming, and animation.

46.     Today, Autodesk's products and services offered under FLOW-formative marks include not just the FLOW platform, FLOW PRODUCTION TRACKING, and FLOW CAPTURE, but additional AI-enabled tools, features, and capabilities, as well as FLOW STUDIO, Autodesk's flagship AI-enabled 3D toolset.

### iv.     FLOW STUDIO

47.     In 2024, Autodesk acquired Wonder Dynamics and its AI-powered 3D and video production platform, Wonder Studio, which, among other things, transforms live-action footage into fully editable videos and production assets and provides a platform for users to modify and customize those assets to create studio-quality films.

48.     Wonder Dynamics' founders—professionals in the film industry—sought to create a program that would solve for the increasing budgets associated with digital animation and visual effects.

49.     Even before Wonder Studio was released in 2023, it became one of the most highly anticipated and revolutionary AI-powered solutions in the world of digital animation and visual effects.  Prior to its launch, over half a million creators signed up to join its trial program.  These creators represented every corner of the media and entertainment space, from professional studio animators and digital effects artists to independent filmmakers, content creators, and digital media enthusiasts.

50.     Autodesk had first partnered with Wonder Dynamics in 2023 with a plug-in for Autodesk's Maya 3D computer graphics software.  This integration harnessed Wonder Studio's AI-powered image analysis to streamline the process of creating digital characters in Maya's preexisting framework.  Autodesk fully integrated the Wonder Studio product into its media and entertainment ecosystem when it acquired Wonder Dynamics in May 2024.

51.     On March 14, 2025, Autodesk announced that Wonder Studio would be incorporated into its FLOW Platform and renamed the product AUTODESK FLOW STUDIO, or simply FLOW STUDIO:

COMPLAINT



52.     In its current form, FLOW STUDIO is a cloud-based, software-as-a-service ("SaaS") visual effects and digital animation platform that offers users a suite of AI-assisted animation tools including Markerless AI motion capture that captures facial, body, and hand movements to generate a shot with an animated computer-generated model of a character without the use of traditional suits or markers:



*Before*



*After*

COMPLAINT



53.     FLOW STUDIO then allows users to export the entire scene or individual component elements and data for further refinement and incorporation into standard compositing and editing processes.

54.     FLOW STUDIO's Video to 3D Scene feature harnesses AI to convert entire live-action scenes filmed in real-world environments into richly animated stories:



COMPLAINT

55.    FLOW STUDIO tracks not only the actors, but also camera angles, lighting, and backgrounds using AI.  Once FLOW STUDIO processes the footage, the filmmaker or animator can edit the camera angle, lighting, background and animated models.

56.    Autodesk has announced that upcoming releases of FLOW STUDIO will include a generative AI character creator with text-to-image, text-to-3D, and image-to-3D capabilities.[4]

57.    FLOW STUDIO seamlessly integrates with other Autodesk products: users can export production assets from FLOW STUDIO to replace characters and backgrounds with bespoke, customized digital assets.  The possibility of editable output provides filmmakers and content creators the efficiency and cost savings of AI with the customization required of the industry.

58.    FLOW STUDIO accomplishes this without the complex setup or expensive equipment typically required for 3D animation and visual effects, making FLOW STUDIO accessible to creators at all levels, including individuals.  Indeed, FLOW STUDIO users have already found that they no longer need expensive motion capture ("mocap") suits for their digital animation projects:[5]



59.    Instead, FLOW STUDIO prioritizes accessibility and ease of use, removing the traditional barriers associated with cinematic-quality visual effects and animation.  This empowers digital content creators, independent filmmakers, marketers, and major studios alike to create films, video games, social media content, and the like for a fraction of the cost and complexity of traditional digital animation and visual effects technologies without compromising quality.

---

[4] Andrew Anagnost & Brendan Dillon, *General Session,* at 1:10:00, Autodesk https://www.autodesk.com/autodesk-university/class/General-Session-2025#video (last visited Jan.  7, 2026).

[5] Talha KK (@m3dia_offline), X (Sep.  10, 2025, at 21:18 ET) https://x.com/m3dia_offline/status/1969571853061800446.

COMPLAINT

1

**v.    Other FLOW-branded Features**

2    60.    In addition to Autodesk's four core and independent product offerings that use the

3    Autodesk FLOW Marks (FLOW, FLOW PRODUCTION TRACKING, FLOW CAPTURE, and

4    FLOW STUDIO), Autodesk has incorporated additional FLOW-branded toolsets and features

5    across its library of Media & Entertainment offerings, including at least:

6    a)    FLOW Generative Scheduling: an AI-powered tool for creating resource-

7    optimized and balanced schedules in a fraction of the time.

8    b)    FLOW Animating in Context: a feature that integrates FLOW

9    PRODUCTION TRACKING with Maya, bringing editorial cuts directly

10    into the artist's workspace.  Artists can view surrounding shots, scrub

11    through scenes, and switch between pipeline steps—like layout, animation,

12    and FX—at both the cut and shot level to stay aligned and improve

13    continuity.

14    c)    FLOW Retopology and FLOW Wedging: functionality that reduces local

15    compute associated with various animation tasks to streamline the creative

16    process.

17    d)    FLOW Graph Engine API: an open and extensible API allowing further

18    customization of Autodesk products in preexisting production pipelines.

19    61.    All products and features bearing the Autodesk FLOW Marks are sold nationwide

20    and around the world.

21    62.    Put simply, Autodesk's FLOW-branded products, toolsets, and features cover its

22    entire video and digital media production pipeline, and users of Autodesk's Media & Entertainment

23    solutions will encounter numerous FLOW-branded products and features regardless of their role in

24    the production.

25    **D.    The Success and Acclaim of Autodesk's FLOW-branded Products**

26    63.    With its FLOW-branded products, Autodesk is at the forefront of leveraging

27    technology, including AI-powered and cloud-based solutions, to transform the media and

28    entertainment space.

COMPLAINT

64.     Autodesk has undertaken extensive branding and marketing efforts to foster an exclusive association of its FLOW brand with Autodesk as source among consumers.

65.     Autodesk markets FLOW, FLOW STUDIO, FLOW CAPTURE, FLOW PRODUCTION TRACKING and additional products sold under the Autodesk FLOW Marks in many channels, including digital, social media (*e.g.*, YouTube, Twitter (now "X"), Instagram, Facebook, Reddit, LinkedIn, TikTok), and trade publications.  In addition to the FLOW landing page, each product also has its own webpage, *e.g.*, https://www.autodesk.com/products/flow-capture/ (FLOW CAPTURE), https://www.autodesk.com/products/flow-studio/ (FLOW STUDIO).

66.     The FLOW-branded products are also marketed and supported by the "Autodesk Media and Entertainment Hub," an online user community forum designed to connect "like-minded creators from around the world in animation, games, film and TV, VFX, design visualization, and advertising."[6]  With over 100,000 posts, the forum provides a platform for collaboration and support for creatives using Autodesk's solutions, including the FLOW-branded products.

67.     Autodesk's marketing efforts also include FLOW-branded products' continued prominence in the annual Autodesk University conference, the creation and distribution of dozens of blog posts and videos on its website and social media channels, as well as paid advertisements in all of its marketing channels.

68.     In addition, Autodesk promotes its FLOW-branded products at industry events, such as the Sundance Film Festival and the Toronto Film Festival.  Autodesk presents speakers during these events, which frequently also include networking opportunities and more traditional advertising in event materials or signage that touts Autodesk's FLOW-branded products.

69.     Autodesk has invested significant resources, financial and otherwise, to market its FLOW brand and products sold under the Autodesk FLOW Marks.  Since announcing the brand in 2022, Autodesk has spent millions of dollars promoting the FLOW Marks and their exclusive

---

[6] *Welcome to the Autodesk Media & Entertainment Community Hub*, Autodesk: Forums, https://forums.autodesk.com/t5/media-entertainment/ct-p/media-entertainment-en  (last visited Jan.  7, 2026).

association with Autodesk. The vast majority of these market expenditures are directed to the United States.

70.    Customers of Autodesk's FLOW-branded products include individuals at virtually every level of the creative field: from casual individual users and content creators who subscribe to and use FLOW STUDIO to augment their own creative process to major motion picture studios who use FLOW-branded products at every stage of the production process. Customers include the studios and effects teams behind the largest blockbusters and most highly acclaimed films and television shows in recent years, including *Superman & Lois*, *Severance*, *The Lord of the Rings: The Rings of Power*, and Guillermo del Toro's *Pinocchio*, as well as iconic video game franchises such as *Final Fantasy* and *Baldur's Gate*.

71.    Autodesk's pricing model for the FLOW-branded products reflects its wide and diverse user base.

72.    For example, FLOW STUDIO, with its focus on reducing costs and increasing access to studio-quality visual effects, is offered through the Autodesk website as a web-based subscription service at various, scalable plans for every type of creator, beginning with a "Freemium" subscription, which allows users to explore and experiment with basic FLOW STUDIO capabilities for free while charging a fee for more advanced features:[7]



---

[7] *Autodesk launches freemium access to Autodesk Flow Studio, with new pricing tiers making world-class VFX AI more affordable to all creators*, Autodesk (Aug. 12, 2025), https://investors.autodesk.com/news-releases/news-release-details/autodesk-launches-freemium-access-autodesk-flow-studio-new.

COMPLAINT

73.    FLOW STUDIO provides additional features and expanded access for paid subscribers through a tiered subscription model.  Individual creators can access a subset of these features for as little as $10 per month.  (Students and educators can access these same features for free.)  Individual creators and teams can access even further capabilities at the $45/month, $95/month, and custom enterprise license tiers.

74.    For more advanced consumers and industry professional users, FLOW STUDIO is also available as part of Autodesk's "Media and Entertainment Collection," which provides access to Autodesk's most popular and powerful digital creation tools (including those that incorporate additional FLOW-branded features) through a single monthly or annual subscription service.

75.    FLOW PRODUCTION TRACKING and FLOW CAPTURE are available as standalone products through Autodesk's website and through enterprise license agreements.

76.    Sales and subscriptions of Autodesk's Media and Entertainment products, which include the FLOW-branded products, generated more than $315 million dollars of revenue in the fiscal year ending January 31, 2025.

77.    The innovation, success, and commercial strength of the FLOW brand has led industry analysts and popular media alike to recognize Autodesk's FLOW-branded products as market leading.

78.    For example, when Autodesk launched FLOW in 2023, major media outlets reported that the AI-enabled solutions announced at AU 2023 would allow "customers to work faster and more cost-efficiently."[8]

79.    And from the initial announcement that Autodesk would acquire Wonder Dynamics, the partnership was hailed as a "strategic step toward supporting Autodesk's long-term mission to unbridle creativity by connecting teams, data and processes with Flow."[9]

---

[8] Angel Smith & Akiko Fujita, *Autodesk unveils AI tools to help boost efficiency*, Yahoo! Finance (Nov. 14, 2023), https://finance.yahoo.com/video/autodesk-unveils-ai-tools-help-172921270.html.

[9] Ray Sharma, *Autodesk Acquires Cloud-based 3D Animation & VFX Firm Wonder Dynamics*, The Fast Mode (May 22, 2024), https://www.thefastmode.com/solution-vendors-m-a/35934-autodesk-acquires-cloud-based-3d-animation-vfx-firm-wonder-dynamics.

COMPLAINT

80.     Even more recently, in October 2025, Autodesk's FLOW STUDIO product was included as one of just five media, entertainment, and social entries in Fast Company Magazine's "Next Big Things in Tech 2025" list for its democratization of studio-grade effects:[10]

10-14-2025 | NEXT BIG THINGS IN TECH 2025

**These 5 companies reimagined gaming, streaming, and more in 2025**

Autodesk's AI-infused visual effects toolkit, NBCUniversal's customizable Olympics experience, and other bright ideas.

**Autodesk**

*For democratizing studio-grade special effects*

Formerly known as Wonder Studio, Autodesk Flow Studio aims to let anyone create high-quality special effects—a goal it's lately been achieving through copious application of AI. For example, one new feature lets users animate super-realistic human avatars through AI motion capture and then export them for use in Unreal Engine. Another uses AI to predict actors' movements and poses, helping to maintain continuity if they're partially blocked in a scene. Among the customers using the software is Boxel Studio, whose effects work can be seen in TV's *Superman & Lois*.

81.     The positive reception of FLOW STUDIO extends beyond media outlets to end users across the spectrum of content creators and creative professionals:[11]

---

[10] Maia McCann and Mark Wilson, *These 5 companies reimagined gaming, streaming, and more in 2025*, Fast Company (Oct.  14, 2025) https://www.fastcompany.com/91411598/media-entertainment-social-next-big-things-in-tech-2025.

[11] Comment, Krista Kaia Bluesmith (@kristakaiabluessmith359) (July 11, 2025), *on* Autodesk Media & Entertainment, *Introducing Wonder Animation: Powered by Video to 3D Scene Technology*,  (YouTube, Oct.  30, 2024), https://www.youtube.com/watch?v=xad1ajxln28; Comment, James Hughes (@jameshughes3014) (Oct.  31, 2024), *on* Autodesk Media & Entertainment, *Introducing Wonder Animation: Powered by Video to 3D Scene Technology*, (YouTube, Oct.  30, 2024), https://www.youtube.com/watch?v=xad1ajxln28; Motion Media (@motionmediallc), X (Sep.  2, 2025, 15:00 ET), https://x.com/motionmediallc/status/1962953820570255788; Lucky || Video & 3d Creator (@Lucky_Visuals), X (Sep.  2, 2025, at 15:08 ET), https://x.com/Lucky_Visuals/status/1962955804459270271.

1

2

3

4

5

6

7

8

9

10

11



12

13

14

15

16

17

18



19

20      82.    Autodesk has also invested significant time and resources in creating a cohesive

21  brand identity under the Autodesk FLOW Marks for use in connection with a range of media and

22  entertainment solutions, including at least FLOW, FLOW STUDIO, FLOW PRODUCTION

23  TRACKING, FLOW CAPTURE, and other FLOW-branded features and AI-enabled and cloud-

24  based solutions.  This cohesive brand identity strengthens the exclusive association of FLOW with

25  the company.

26      83.    The Autodesk FLOW Marks, appearing alone or in connection with the Autodesk

27  house mark, are widely recognized by relevant consumers as standing for industry-leading, AI-

28  enabled video production solutions from Autodesk.

COMPLAINT

84.    As a result of its continued, exclusive use of the distinctive FLOW Marks in commerce in connection with cloud-based video production, digital animation, and visual effects solutions, Autodesk has acquired valid common law trademark rights in the marks.

85.    As a result of the foregoing, Autodesk has acquired enormous goodwill in the FLOW Marks, which is a significant asset of the company.

**E.    Autodesk's FLOW-Formative U.S. Trademark Applications**

86.    In addition to its extensive rights in the FLOW Marks at common law, Autodesk has taken additional steps to protect these rights by seeking federal registration for four separate FLOW-formative marks with the United States Patent and Trademark Office ("USPTO"):

- AUTODESK FLOW (U.S.  Serial No.  90/786,616)
- AUTODESK FLOW CAPTURE (U.S.  Serial No.  99/065,106)
- FLOW CAPTURE (U.S.  Serial No.  99/065,108)
- AUTODESK FLOW STUDIO (U.S.  Serial No.  99/064,604)

87.    In the lead-up to the announcement of the FLOW platform, on June 21, 2021, Autodesk filed a trademark application with the USPTO for AUTODESK FLOW on an intent to use basis.

88.    On May 30, 2023, the USPTO allowed the registration of the AUTODESK FLOW Mark on the Principal Register, thereby finding the AUTODESK FLOW Mark to be inherently distinctive and protectable in connection with the below goods and services:

| Class | Goods and Services |
|-------|--------------------|
| 009 | Downloadable computer software for use in the fields of entertainment and media for providing and enabling integrated workflows and workflow environments and the exchange and sharing of data and technology services between computer software programs for creating, designing, collaborating, developing, rendering, manipulating, executing, viewing, visualizing, and displaying digital images and photographs, digital animation content, three-dimensional character performance and animation content, graphics, special effects, visual effects, video games, and computer games. |
| 042 | Software as a service (SAAS) featuring software in the nature of cloud-based integrated workflows and workflow environments, data and technology services between computer software programs for creating, collaborating, developing, rendering, manipulating, executing, viewing, |

|  | and displaying digital images and photographs, digital animation, three-dimensional character performance and animation, graphics, special effects, visual effects, video and computer games for use in the field of entertainment. |
|---|---|

*See* U.S. Serial No. 90/786,616.

89.    On November 17, 2025, Autodesk submitted its statement of use and specimen for the AUTODESK FLOW Mark.  Autodesk expects that AUTODESK FLOW will register on the Principal Register imminently.

90.    Autodesk has also applied to register with the USPTO the following FLOW-formative marks for the following goods and services:

| Mark | Application Date | Goods & Services |
|---|---|---|
| **AUTODESK FLOW STUDIO**<br><br>U.S. Serial No. 99/064,604 | March 3, 2025 | IC 042: Software as a service (SAAS) services featuring software using artificial intelligence for enabling users to animate, light, and compose CG (computer generated) 3D characters into videos and 3D environments; providing a website featuring on-line non-downloadable software using artificial intelligence for enabling users to animate, light, and compose CG (computer generated) 3D characters into videos and 3D environments; providing temporary use of on-line non-downloadable cloud computing software using artificial intelligence for enabling users to animate, light, and compose CG (computer generated) 3D characters into videos and 3D environments. |
| **AUTODESK FLOW CAPTURE**<br><br>U.S. Serial No. 99/065,106 | March 3, 2025 | IC 042: Software as a service (SAAS) featuring software in the nature of a cloud-based integrated workflows and workflow environments and data and technology services for creating, collaborating, developing, rendering, manipulating, executing, editing, viewing, reviewing, displaying, and managing on-set camera footage, film dailies, and digital images for use in the field of entertainment |
| **FLOW CAPTURE**<br><br>U.S. Serial No. 99/065,108 | March 3, 2025 | IC 042: Software as a service (SAAS) featuring software in the nature of a cloud-based integrated workflows and workflow environments and data and technology services for creating, |

COMPLAINT

| | | collaborating, developing, rendering, manipulating, executing, editing, viewing, reviewing, displaying, and managing on-set camera footage, film dailies, and digital images for use in the field of entertainment |
|---|---|---|

91.    Autodesk is continuing to prosecute these trademark applications, and they remain pending.

92.    Autodesk has been diligent in monitoring the market for infringement and enforcing its rights in its FLOW Marks.

**F.    Google and its Infringing Conduct**

93.    Upon information and belief, Google was founded in 1998 and sells software, hardware, and web-based products related to internet search, online advertising, consumer electronics, cloud-computing, music and video streaming, and AI and machine learning.

94.    In May 2025, Google released "Flow," a generative AI "text-to-video" solution. This product allows users to use text-based "prompts" to create shortform video content.  Users of Google FLOW can customize prompts to generate video output in a range of styles from photorealism to 3D cartoon animation to abstract images:[12]

 

---

[12] Clockwise from top-left: Henry Daubrez, *The Light Within - Concept Trailer* (YouTube, Nov. 20, 2025), https://www.youtube.com/watch?v=vI0i89SLaAw (generated by Google Flow); Google Flow, *Flow TV: Day Chasers*, https://labs.google/flow/tv/channel/day-chasers/kF0HWKQtMiy4pMOwXtfm (generated by Google Flow); Google Flow, *Flow TV: Skeletown,* https://labs.google/flow/tv/channel/skeletown/VY43iGXyZMQMNjAJEQek (generated by Google Flow); Google Flow, *Flow TV: Postcards From Space*, https://labs.google/flow/tv/channel/postcards-from-space/VT4HFV1iyrOQkwOdvLMp (generated by Google Flow).

COMPLAINT




95.    Users of Google's FLOW can generate and download content for use in short and longform video media, advertisements, and social media.

96.    Google FLOW features numerous tools to support its text-to-video function.  For example, Google FLOW includes text-to-image functionality, which allows users to take the intermediate step of generating specific images and characters that can then be uploaded directly into videos using Google FLOW's "Ingredients" feature.

97.    The "Ingredients" feature also allows users to upload their own images which Google FLOW will integrate into videos.  The "Ingredients" feature allows filmmakers to build animated videos around consistent characters, assets, and imagery across multiple videos and scenes.

98.    Google FLOW allows for further customization through several additional tools. Google Flow gives creators control over motion, angle, and perspective of the "camera" by using a "Camera Adjustment" feature.  And Google FLOW allows users to add and remove specific elements from the generated video by using a "Doodle" tool to highlight portions of the video and edit those elements with text prompts.

99.     Finally, Google FLOW includes a "Scenebuilder" function, enabling creators to edit and extend existing shots, and an asset management system which helps users organize clips and images.

100.    Since its launch in May 2025, Google has released additional functionality that further expands users' ability to create, customize, and export video and other creative assets from Google FLOW.

101.    For example, in or around July 2025, Google released an update to its FLOW product that included additional functionality to create and edit audio to accompany video in Google FLOW.

102.    In or around November 2025, Google released additional image creation functionality to allow users to create and edit images directly in Google FLOW and save those images as Ingredients for use in a given project.

103.    And in or around December 2025, Google released functionality to allow users to remove individual components from a scene and further adjust and refine camera positioning in previously generated scenes.

104.    Google's own conduct indicates that it intends to continue to expand its use of FLOW to include products and functionality offered in connection with an expansive suite of film production, digital animation, and visual effects solutions.

105.    Google uses FLOW standing alone and in connection with its house mark, *e.g.*, FLOW BY GOOGLE, for its Flow product:[13]









[13] Left to Right, Top to Bottom: Profile Photo and Header used by FlowbyGoogle (@FlowbyGoogle), X, https://x.com/FlowbyGoogle; Username and Profile Photo as they appear on posts by FlowbyGoogle (@FlowbyGoogle), X, (Dec.  8, 2025, at 12:05 ET), https://x.com/FlowbyGoogle/status/1998076654873904118; Google Flow, https://labs.google/flow/about#gallery (Last Visited Jan.  7, 2026); Google Flow, https://labs.google/flow/about (Last Visited Jan.  7, 2026); Google Labs, *FX: Don't settle for ordinary.  Create anything*., https://labs.google/fx; Google, "Google Flow" (search conducted Jan. 8, 2026).

COMPLAINT

1

2

3

4

5

6

7

8

9



10

11

12

13

14

15

16

17



18

19

20     106.    In or around November 2025, six months after applying to register FLOW (standing

21    alone) as a trademark in the Kingdom of Tonga, Google applied to register FLOW (standing alone)

22    as a trademark on the Principal Register with the USPTO for use in connection with the following

23    goods and services:

24

25

| Class | Goods and Services |
|-------|--------------------|
| 009   | Downloadable computer software using artificial intelligence to assist in the direction, planning, pre-visualization, workflow management, and creative decision-making of film and video production; Downloadable computer software using artificial intelligence for film, video and story creation. |

COMPLAINT

| 041 | Providing non-downloadable software tools powered by artificial intelligence to assist with storyboarding, scene creation and narrative development for film and video production. |
|-----|-----|
| 042 | Providing online non-downloadable software utilizing artificial intelligence to assist in the direction, planning, pre-visualization, workflow management, and creative decision-making of film and video production; Providing online non-downloadable software using artificial intelligence for film, video and story creation; Software as a service (SaaS) services featuring software using generative artificial intelligence to create pre-visualizations, storyboards, and specific shots based on inputs; Platform as a service (PaaS) featuring computer software platforms for developing, deploying, and managing artificial intelligence models and applications for film and video production. |

*See* U.S. Serial No. 99/476,023.

107.    Google markets its FLOW product in many channels, including digital and social media.  Google also markets its FLOW product at industry events, including the Sundance Film Festival, among others.

108.    Google    offers    its    FLOW    product    through    its    website, https://labs.google/fx/tools/flow.

109.    Google FLOW operates on a "freemium" web-based model, which provides non-paying users with "credits" to generate a limited number of short clips for free.  Google also offers its FLOW product at various paid subscription tiers—from $7.99 to $249.99 per month—which grant users access to additional tools, high resolution output, and faster video generation for more sophisticated consumers with more complex needs.

110.    Google markets its FLOW product not only to individual users but also to advertising professionals and filmmakers.  Already, Google has announced multiple collaborations and promotions with filmmakers and marketing agencies, and Google regularly features short films and other content filmmakers created using Google's FLOW product on its website and social media, including by filmmaker Henry Daubrez.  And Google's FLOW-related marketing material emphasizes the potential impact of AI tools like FLOW on the film industry at large:[14]

---

[14] Google Flow, https://labs.google/flow/about#partners (last visited Jan. 7, 2026).

COMPLAINT

1
2
3
4
5
6
7
8
9
10



11     111.    For example, concurrent with the initial launch of Flow, Google announced a

12  collaboration with Hollywood filmmaker Darren Aronofsky to found "Primordial Soup," a creative

13  studio with an initial goal to create "three short films using Google DeepMind's state-of-the-art

14  generative AI models."[15]

15     112.    In or around September 2025, Google hired Henry Daubrez—one of the filmmakers

16  featured on the Google FLOW homepage—as its "Filmmaker in Residence" to help shape its

17  FLOW product and expand its reach to additional film professionals.[16]

18     113.    Also in or around September 2025, Google used its "FlowbyGoogle" X account to

19  market content created by "Wonder Studios":[17]

20

21

22  _____

[15] *Darren Aronofsky's Primordial Soup and Google DeepMind are partnering to explore AI's role

23  *in storytelling,* Google: Blog (May 20, 2025), https://blog.google/technology/google-
labs/deepmind-primordial-soup-collaboration/; Alex Weprin, *Darren Aronofsky Launches AI-*

24  *Driven Storytelling Venture, As Google Unveils New Gen AI Video Tool*, Hollywood Reporter
(May 20, 2025), https://www.hollywoodreporter.com/business/digital/darren-aronofsky-google-

25  ai-studio-veo-3-flow-tool-1236222363/.

[16] Alex Weprin, *Google Hires Filmmaker in Residence as It Seeks Wider Adoption of Flow AI*

26  *Video Tool*, Hollywood Reporter (Sep. 3, 2025),
https://www.hollywoodreporter.com/business/digital/google-hires-filmmaker-in-residence-flow-

27  ai-video-tool-1236360492/.

[17] FlowbyGoogle (@flowbygoogle), X (Sep. 26, 2025, at 12:07 ET),

28  https://x.com/FlowbyGoogle/status/1971607613805867314?s=20.

COMPLAINT

1

2

3

4

5

6

7

8

9

10



11      114.    Google continued to highlight its relationship with "Wonder Studios" through at

12  least December 2025:[18]

13

14

15      

16

17

18

19      115.    Upon information and belief, Wonder Studios is a UK-based marketing agency

20  focused on "exploring the creative frontier of AI" to "remove traditional production barriers."[19]

21  Despite a name that is nearly identical with "Wonder Studio"—the Wonder Dynamics offering that

22  later became Autodesk's FLOW STUDIO—Autodesk has no affiliation with this Wonder Studios.

23      116.    Google's chosen mark, FLOW, is virtually identical to Autodesk's strong Autodesk

24  FLOW Marks, including because it is identical to Autodesk's use of the mark FLOW standing

25  alone.

26

27  ────────────────

[18] FlowbyGoogle (@flowbygoogle), X (Dec.  15, 2025, at 12:05 ET),
https://x.com/FlowbyGoogle/status/2000613163042025857.

28  [19] *About Us*, Wonder, https://wonderstudios.com/about (last visited Feb. 6, 2026).

COMPLAINT

117.    As shown, Google's goods and services sold under the FLOW brand are identical, virtually identical, and/or closely related to Autodesk's goods and services sold under the FLOW Marks insofar as both offer AI-integrated video editing, production management, digital animation, and visual effects software solutions.

118.    Moreover, the specific functionality of Google's products sold under the FLOW brand overlaps with the functionality of Autodesk's products sold using its FLOW Marks. Both Google and Autodesk use FLOW in connection with AI-integrated software tools that allow for customization of lighting, camera angle, and specific characters and elements in video production. Both Google and Autodesk also use FLOW in connection with film production tools for organizing media assets and digital video segments.

119.    Indeed, the description of the goods and services found in Google's application to register the mark FLOW standing alone (U.S. Serial No. 99/476,023) substantially describes the same goods and services that Autodesk sells using its FLOW Marks.

120.    Additionally, the parties' FLOW-branded goods and services are marketed and sold to overlapping classes of purchasers. Google and Autodesk both market their products to studio professionals, independent filmmakers, recreational filmmakers and content creators, and AI and digital technology enthusiasts.

121.    The parties' FLOW-branded goods and services are marketed through overlapping channels. Both use digital marketing (*e.g.*, Search/Product Listing Ads and Digital Display/Video) and social media outlets, including identical social media outlets (*e.g.*, Facebook, YouTube, X, and Instagram). Both parties also market their products at the same industry events, such as the Sundance Film Festival, among others.

122.    The parties both sell FLOW-branded goods and services through overlapping channels of trade. For example, both Autodesk and Google sell their FLOW offerings online as multi-tiered subscription services.

123.    Upon information and belief, given Autodesk's prominent and senior use of the FLOW Marks, Google must have known of Autodesk's prior trademark rights in FLOW and

Autodesk's FLOW-formative marks. Also, given Autodesk's publicly available trademark registration applications, Google had at least constructive notice of Autodesk's rights in the marks.

124. Further, in or around June 2025, Autodesk expressly communicated its rights in FLOW and notified Google of its infringing use. Google refused to cease its infringing use but instead continued to sell infringing goods. It also misrepresented its intentions concerning the use of FLOW, falsely stating that it did not intend to commercialize the term FLOW, and that to the extent the term was used at all, it would always combine its house mark with FLOW (*e.g.*, GOOGLE FLOW). This was plainly false: at the time Google made this statement, it had already undertaken a Tonga registration scheme designed to conceal the falsity of its statements to Autodesk, and to conceal its actual plans to use and commercialize the term FLOW, standing alone, for products directly competitive with Autodesk's FLOW products. And, Google has continued to develop its product to include capabilities and features that even more closely overlap with products sold by Autodesk under the FLOW Marks. As a result, Google's infringement is willful.

125. Upon information and belief, Google has faced other litigation related to its misleading statements concerning an intention not to commercialize brands that infringe on other's trademark rights. For example, Google is a defendant in a Florida action where it is alleged to have provided false reassurances that it had no intention to use "Gemini" as a mark for audio-visual products, but then proceeded to do it anyway.[20] Google also has repeatedly faced litigation related to its unauthorized use of others' trademarks. In addition to the above, Google is currently facing litigation in California regarding its unauthorized use of Gemini Data, Inc.'s trademarks in connection with its highly-advertised AI-assisted search feature, "Gemini."[21]

126. Google's infringing conduct has caused actual confusion in the marketplace. For example, in connection with the recent Sundance Film Festival Autodesk and Google each hosted industry panels centered around their respective FLOW products. In conversation with an

---

[20] *See generally P2B Trading Co. Inc. v. Google, LLC*, No. 3:26-cv-00174 (M.D. Fla.), filed Jan. 29, 2026.

[21] *See generally Gemini Data, Inc. v. Google LLC*, No. 4:24-cv-6412 (N.D. Cal.), filed Sept. 11, 2024.

COMPLAINT

1    Autodesk senior executive, two festival attendees separately expressed confusion due to Google's

2    use of FLOW.

3         127.    In addition, social media users, magazines, and Google FLOW users also have

4    confused the parties and their brands.  For example, consumers and media outlets alike have

5    repeatedly used "Flow Studio"—the name of **Autodesk's** software—to refer to **Google's** FLOW

6    offering:[22]

---

[22] From top: Adam Hails (@clearstory3d), X (June 19, 2025, at 7:53 ET),
https://x.com/Clearstory3D/status/1935667308375965838; Boaz (@sobradob), X (May 28, 2025,
at 4:06 ET), https://x.com/sobradob/status/1927637563382141139; Grateful Ned (@gr8fulned), X
(July 8, 2025, at 15:52 ET), https://x.com/gr8fulned/status/1942673267661365665; Sarbjeet Johal
(@sarbjeetjohal), X (Oct.  9, 2025, at 18:28 ET),
https://x.com/sarbjeetjohal/status/1976414586179027378; Zoran Spircoinski
(@SpirkovskiZoran), X (Jan 27, 2026,at 3:00 ET),
https://x.com/SpirkovskiZoran/status/2016421187979505814;  Deckard# (@slimer48484), X
(Jan. 18, 2026, at 17:00 ET), https://x.com/slimer48484/status/2013008684838699344; Mike
Pugh, Facebook (Jan. 9, 2026, at 14:07 ET), https://www.facebook.com/reel/1399357661854310;
Mark Derho, *Google's Gemini 2.5 and Flow Studio: Reimagining Luxury with AI*, Resident: A
Luxury Lifestyle Magazine (Jun. 17, 2025), https://resident.com/tech-and-
gear/2025/06/17/googles-gemini-25-and-flow-studio-reimagining-luxury-with-ai; g00p, Google
Search Help (Nov. 13, 2025), https://support.google.com/websearch/thread/387424121/i-create-
video-with-google-flow-studio-and-all-video-is-not-there?hl=en; RishanThattayil, Threads,
https://www.threads.com/@rishanthattayil.in/post/DUDgznNgUnX?xmt=AQF0FsCdu2OzTNeL
Q5j3y2zFtdFBNQJqfW3YmprvpVJroA , comment *on* Higgsfield.ai (@higgsfield.ai) Threads,
https://www.threads.com/@higgsfield.ai/post/DUA-yuKkXwL/video-angles-v-is-live-youre-no-
longer-stuck-with-the-angle-you-started-with-full.

COMPLAINT











COMPLAINT







COMPLAINT

1

2

3

4

5

6

7



128.    The likelihood that Google's use of FLOW in connection with its goods and services will cause confusion or mistake of affiliation among consumers is increased by Google's continued expansion of features integrated into its FLOW product that occupy the same or adjacent categories as Autodesk's products, such as production, asset management, animation, lighting, camera control, and editing software tools.

129.    Further, as both Google and Autodesk offer versions of their products free and for minimal subscription fees, likelihood of confusion is increased as casual users and amateur content creators access the respective offerings to explore AI-enabled video solutions.

130.    As described, Google's use of FLOW is likely to cause at least initial interest, point of sale, and post-sale confusion, to the irreparable harm and detriment of Autodesk and the substantial goodwill it has developed in its FLOW Marks.

131.    Google's use of FLOW also creates a likelihood of reverse confusion insofar as Google's junior use of FLOW is likely to create an association between the Autodesk FLOW Marks and Google, overtaking and swamping Autodesk's senior, protected use of the FLOW Marks in connection with its goods and services.

132.    Reverse confusion is especially likely here given the sheer size of Google and its near limitless market reach.

133.    Reverse confusion is also likely given Google's dominance in internet search.

26

27

28

COMPLAINT

134.    Upon information and belief, Google's parent company, Alphabet Inc., is one of the largest, most highly valued companies in the world.[23]

135.    Over half of Google's revenue derives from its operation of its Google search engine.[24]  Google's dominance in internet search, and its method of achieving its position in the marketplace, have been found to constitute monopolistic and anti-competitive conduct in violation of the Sherman Act.[25]

136.    Upon information and belief, Google uses its control of internet search—the very method by which users discover and access Google FLOW and the Autodesk FLOW-branded products—to promote Google's *own* FLOW products and to displace Autodesk's exclusive association with the FLOW Marks.

137.    Upon information and belief, Google's efforts have misdirected users to Google's FLOW product to the detriment of Autodesk.

138.    Upon information and belief, Google's conduct has caused and will cause Autodesk to lose control over and the value of its FLOW Marks.

139.    As a result of the foregoing, Autodesk has suffered and will suffer irreparable and monetary harm in an amount to be determined at trial.

**<u>FIRST CLAIM FOR RELIEF</u>**
**(False Designation of Origin—15 U.S.C. § 1125(a))**
**(The FLOW Marks)**

140.    Autodesk repeats and realleges the allegations contained in the foregoing Paragraphs as if fully set forth herein.

141.    As described above, Autodesk owns valid and protectable rights in the distinctive FLOW Marks in connection with film production, digital animation, and visual effects software, including AI-enabled software solutions.  Autodesk's trademarks at issue include: FLOW, AUTODESK FLOW, FLOW PRODUCTION TRACKING, AUTODESK FLOW PRODUCTION

---

[23] Jeniffer Elias, *Alphabet becomes fourth company to reach $3 trillion market cap*, CNBC (Sep. 15, 2025), https://www.cnbc.com/2025/09/15/alphabet-3-trillion-market-cap.html.

[24] Alphabet Inc., Annual Report (Form 10-k) (Feb. 4, 2025).

[25] Press Release, U.S. Dep't of Just., Department of Justice Prevails in Landmark Antitrust Case Against Google (Apr. 17, 2025), https://www.justice.gov/opa/pr/department-justice-prevails-landmark-antitrust-case-against-google.

COMPLAINT

TRACKING, FLOW CAPTURE, AUTODESK FLOW CAPTURE, FLOW STUDIO, AUTODESK FLOW STUDIO, FLOW GENERATIVE SCHEDULING, AUTODESK FLOW GENERATIVE SCHEDULING, FLOW ANIMATING IN CONTEXT, AUTODESK FLOW ANIMATING IN CONTEXT, FLOW RETOPOLOGY, AUTODESK FLOW RETOPOLOGY, FLOW WEDGING, AUTODESK FLOW WEDGING, FLOW GRAPH ENGINE API, and AUTODSESK FLOW GRAPH ENGINE API.

142.    Autodesk's ownership and exclusive use in commerce of the FLOW Marks in connection with film production, digital animation, and visual effects software predates Google's use of FLOW in connection with AI-enabled film production software.

143.    Google uses FLOW in interstate commerce in connection with the sale, offering for sale, distribution, and/or advertising of animation software.

144.    Google's use in commerce of FLOW in connection with AI-enabled film production software, as described above, constitutes false designation of origin in violation of 15 U.S.C. § 1125(a)(1)(A) in that it is likely to cause confusion, to cause mistake, or to deceive as to the affiliation, connection, or association of Google with Autodesk and/or as to the origin, sponsorship, or approval by Autodesk of Google's goods, services, or commercial activity.

145.    Google's use in commerce of FLOW in connection with AI-enabled film production software, as described above, constitutes false designation of origin in violation of 15 U.S.C. § 1125(a)(1)(A) for the further reason that it is likely to cause reverse confusion insofar as Google's junior use of FLOW has saturated the market to create an association between the FLOW Marks and Google, overtaking Autodesk's senior, protected use of the FLOW Marks in connection with its goods and services.

146.    Upon information and belief, Google's conduct is willful and intentional and intended to free-ride off the goodwill associated with the FLOW Marks.  Google is and was at all relevant times both actually and constructively aware of Autodesk's prior use, ownership, and registration of its marks.

147.    Consumers already have been and will continue to be confused by Google's use of FLOW in connection with its AI-enabled film production software application.

COMPLAINT

148.    As a direct and proximate result of Google's violations of 15 U.S.C. § 1125, Autodesk has been and will continue to be damaged.

149.    Upon information and belief, Google has realized, and continues to realize, substantial revenues, profits, and other benefits rightfully belonging to Autodesk as a result of its wrongful conduct.

150.    Google's conduct is causing and will continue to cause Autodesk to suffer irreparable harm and, unless Google is restrained, Autodesk will continue to be so damaged, because it has no adequate remedy at law.

**SECOND CLAIM FOR RELIEF**
**(Trademark Infringement—California Common Law)**
**(The FLOW Marks)**

151.    Autodesk repeats and realleges the allegations contained in foregoing paragraphs as if fully set forth herein.

152.    As described above, Autodesk owns valid and protectable rights in the distinctive FLOW Marks in connection with film production, digital animation, and visual effects software, including AI-enabled software solutions.

153.    Google's use in commerce of FLOW in connection with AI-enabled film production software, as described above, constitutes trademark infringement under California common law as it has created and will continue to create a likelihood of confusion among consumers.

154.    As a direct and proximate result of Google's infringement, Autodesk has been and will continue to be damaged.

155.    Upon information and belief, Google has realized, and continues to realize, substantial revenues, profits, and other benefits rightfully belonging to Autodesk as a result of its wrongful conduct.

156.    Google's conduct is causing and will continue to cause Autodesk to suffer irreparable harm and, unless Google is restrained, Autodesk will continue to be so damaged, because it has no adequate remedy at law.

COMPLAINT

157.    Google acted with full knowledge of Autodesk's use of, and common law rights to, the FLOW Marks and without regard to the likelihood of confusion to the public created by Defendant's activities.

158.    Google's acts have also been willful and constitute fraud, oppression, and/or malice.

159.    Accordingly, Autodesk is entitled to exemplary damages pursuant to Cal. Civ. Code § 3294(a) in addition to all other available remedies.

**THIRD CLAIM FOR RELIEF**
**(Unfair Competition - California Bus. & Prof. Code §§ 17200 et seq.)**
**(The FLOW Marks)**

160.    Autodesk repeats and realleges the allegations contained in the foregoing paragraphs as if fully set forth herein.

161.    Google's conduct, described above, constitutes unlawful, unfair, or fraudulent business acts or practices and as such constitutes unfair competition under California Business and Professions Code §§ 17200 et seq.

162.    Google's conduct constitutes unlawful business acts or practices in that Defendant has engaged in unfair competition and false designation of origin under Section 43(a) of the Lanham Act, 15 U.S.C. §1125(a)(1)(A), and trademark infringement and unfair competition under California common law.

163.    As a direct and proximate result of Google's infringement, Autodesk has been and will continue to be damaged.

164.    Upon information and belief, Google has realized, and continues to realize, substantial revenues, profits, and other benefits rightfully belonging to Autodesk as a result of its wrongful conduct.

165.    Google acted with full knowledge of Autodesk's use of, and common law rights to, the FLOW Marks and without regard to the likelihood of confusion to the public created by Google's activities.

COMPLAINT

166.   Google's conduct is causing and will continue to cause Autodesk to suffer irreparable harm and, unless Google is restrained, Autodesk will continue to be so damaged, because it has no adequate remedy at law.

## PRAYER FOR RELIEF

WHEREFORE, Autodesk respectfully requests the following relief:

A.   That this Court enter judgment that: (i) Google's use of FLOW constitutes false designation of origin in violation of 15 U.S.C. § 1125; (ii) Google's use of FLOW constitutes trademark infringement under California common law; (iii) Google's conduct violates California Business and Professions Code §§ 17200 et seq; and (iv) that all of the foregoing wrongful activities by Google were willful;

B.   That this Court permanently enjoin Google, its employees, agents, servants, and all in privity or acting in concert with any of them, from using the FLOW Marks, or any derivative(s) or confusingly similar versions thereof, in commerce on or in connection with Autodesk's goods or services;

C.   That this Court enter an injunction against further infringement of the FLOW Marks, further false designation of origin concerning the FLOW Marks, and further unfair competition, by Google and its employees, agents, servants, and all in privity or acting in concert with any of them, including at least from selling, offering to sell, distributing, or advertising the infringing product;

D.   That this Court enter an order directing destruction of relevant materials, pursuant to at least 15 U.S.C. § 1118;

E.   That this Court require an accounting and disgorgement of profits by Google;

F.   That this Court award Autodesk Google's profits, Autodesk's actual damages, enhanced damages, exemplary damages, costs, prejudgment and post-judgment interest, and reasonable attorneys' fees pursuant to at least 15 U.S.C. §§ 1116, 1117 and/or 1125(a), and California Bus. & Prof. Code §§ 17200 et seq;

G.   That this Court award Autodesk such other and further relief that this Court deems just and proper.

COMPLAINT

1

## JURY DEMAND

2

    Autodesk demands a trial by jury of all claims so triable.

3

Dated: February 6, 2026

4

                                        ORRICK, HERRINGTON & SUTCLIFFE LLP

5

6

                                        By: */s/ Diana M. Rutowski*

7

                                        Diana M. Rutowski (State Bar No.  233878)
ORRICK, HERRINGTON & SUTCLIFFE LLP
drutowski@orrick.com

8

1000 Marsh Road
Menlo Park, CA 94025-1015

9

Telephone:    +1 650 614 7400
Facsimile:    +1 650 614 7401

10

11

Mark S. Puzella (*pro hac vice forthcoming*)
mpuzella@orrick.com
R. David Hosp (*pro hac vice forthcoming*)

12

dhosp@orrick.com
Sheryl K. Garko (*pro hac vice forthcoming*)

13

sgarko@orrick.com
Ryan Lind (*pro hac vice forthcoming*)

14

rlind@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP

15

222 Berkeley Street
Boston, MA 02116

16

Telephone:    +1 617 880 1800
Facsimile:    +1 617 880 1801

17

18

David M. Kelly (*pro hac vice forthcoming*)
david.kelly@kelly-ip.com
Robert D. Litowitz (*pro hac vice forthcoming*)

19

rob.litowitz@kelly-ip.com
Tanya Marie Curcio (*pro hac vice forthcoming*)

20

tanya.curcio@kelly-ip.com
KELLY IP, LLP

21

1150 Connecticut NW
Suite 600

22

Washington, D.C. 20036
Telephone:    +1 202 808 3570

23

Facsimile:    +1 202 354 5232

24

25

Attorneys for Plaintiff
Autodesk, Inc.

26

27

28

COMPLAINT