UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

AUTODESK, INC.            ,

Plaintiff(s),

v.

GOOGLE LLC            ,

Defendant(s).

Case No. 3:26-cv-01174-LJC

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE; ORDER**
(CIVIL LOCAL RULE 11-3)

I, ___Mark S. Puzella___, an active member in good standing of the bar of ___Massachusetts Supreme Judicial Ct.___, hereby respectfully apply for admission to practice pro hac vice in the Northern District of California representing: ___Autodesk, Inc.___ in the above-entitled action. My local co-counsel in this case is ___Diana M. Rutowski___, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.  Local co-counsel's bar number is: ___233878___.

222 Berkeley St. #2000, Boston, MA 02116

MY ADDRESS OF RECORD

(617) 880-1800

MY TELEPHONE # OF RECORD

mpuzella@orrick.com

MY EMAIL ADDRESS OF RECORD

1000 Marsh Road, Menlo Park, CA 94025

LOCAL CO-COUNSEL'S ADDRESS OF RECORD

(650) 614-7400

LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD

drutowski@orrick.com

LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: ___644850___.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I have been granted pro hac vice admission by the Court _0___ times in the 12 months preceding this application.

United States District Court
Northern District of California

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.  I declare under penalty of perjury that the foregoing is true and correct.

Dated: 02/09/2026

/s/ Mark S. Puzella
APPLICANT

ORDER GRANTING APPLICATION

FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of ___Mark S. Puzella___ is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance pro hac vice. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: February 9, 2026

_____
UNITED STATES MAGISTRATE JUDGE

United States District Court
Northern District of California

Updated 11/2021

2

# COMMONWEALTH OF MASSACHUSETTS

SUFFOLK, SS.

———

BE IT REMEMBERED, that at the Supreme Judicial Court holden at Boston within and for said County of Suffolk, on     **December 15, 1999**, said Court being the highest Court of Record in said Commonwealth:

## Mark Puzella

being found duly qualified in that behalf, and having taken and subscribed

the oaths required by law, was admitted to practice as an Attorney, and, by virtue

thereof, as a Counsellor at Law, in any of the Courts of the said Commonwealth:

that said Attorney is at present a member of the Bar, and is in good standing

according to the records of this Court*.

In testimony whereof, I have hereunto set my hand and affixed the

seal of said Court, this   **eighth**   day of   **January**

in the year of our Lord **two thousand and twenty-six.**



ALLISON S. CARTWRIGHT, CLERK

\* Records of private discipline, if any, such as a private reprimand imposed by the Board of Bar Overseers or by any court, are not covered by this certification. X3116.

Amended January 2022, effective February 2022 for digital and/or electronic attestation for the Supreme Judicial Court for Suffolk County