United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Autodesk, Inc.                    ,

        Plaintiff(s),

    v.

Google, LLC                       ,

        Defendant(s).

Case No. 3:26-cv-01174

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE; ORDER**
(CIVIL LOCAL RULE 11-3)

I, Tanya M. Curcio , an active member in good standing of the bar of the District of Columbia , hereby respectfully apply for admission to practice pro hac vice in the Northern District of California representing: Autodesk, Inc. in the above-entitled action. My local co-counsel in this case is Diana Rutowski , an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.  Local co-counsel's bar number is: 233878 .

1150 Connecticut Ave., NW, Suite 600, Washington, DC 20036

MY ADDRESS OF RECORD

(202) 808-3570

MY TELEPHONE # OF RECORD

tanya.curcio@kelly-ip.com

MY EMAIL ADDRESS OF RECORD

1000 Marsh Road, Menlo Par, CA 94025

LOCAL CO-COUNSEL'S ADDRESS OF RECORD

(650) 614-7400

LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD

drutowski@orrick.com

LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 1020921 .

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I have been granted pro hac vice admission by the Court 0 times in the 12 months preceding this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules. I declare under penalty of perjury that the foregoing is true and correct.

Dated: 02/13/2026

Tanya M. Curcio
APPLICANT

ORDER GRANTING APPLICATION

FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of Tanya M. Curcio is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance pro hac vice. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: February 17, 2026

UNITED STATES MAGISTRATE JUDGE

United States District Court
Northern District of California



On behalf of JULIO A. CASTILLO, Clerk of the District of Columbia Court of Appeals,
the District of Columbia Bar does hereby certify that

# Tanya Marie Curcio

was duly qualified and admitted on June 9, 2014 as an attorney and counselor entitled to
practice before this Court; and is, on the date indicated below, an Active member in good
standing of this Bar.

**In Testimony Whereof,
I have hereunto subscribed my
name and affixed the seal of this
Court at the City of
Washington, D.C., on January 08, 2026.**

**JULIO A. CASTILLO
Clerk of the Court**

Issued By:

David Chu - Director, Membership
District of Columbia Bar Membership

*For questions or concerns, please contact the D.C. Bar Membership Office at 202-626-3475 or email
memberservices@dcbar.org.*